**Carlos F. CALHOUN, also known as William Anderson, Appellant,**

**v.**

**John BALDWIN, Director, Iowa Department of Corrections; Elizabeth Robinson, and all members, Iowa Board of Parole, Appellees.**

No. 09–1838.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 16, 2009.

Filed: Dec. 17, 2009.

Carlos F. Calhoun, Atlanta, GA, pro se.

William Allen Hill, Attorney General's Office, Des Moines, IA, for Appellees.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Carlos Calhoun, currently incarcerated in federal prison after escaping from an Iowa work release program, appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful de novo review, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir. 2006), we affirm for the reasons stated by the district court, *see Moody v. Daggett,* 429 U.S. 78, 86 n. 7, 88 n. 9, 97 S.Ct. 274, 50 L.Ed.2d 236 (inmate not entitled to revocation hearing while in prison on separate offense; no due process violation where "pending warrant and detainer adversely affect[ed] [inmate's] prison classification and qualification for institutional programs"). *See* 8th Cir. R. 47B.

---

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.